Filed
D.C. Superior Court
08/15/2013 15:23PM
Clerk of the Court

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| BRIDGETTE A. ACKLIN<br>722 24TH STREET NE<br>WASHINGTON, DC 20002 | )<br>)<br>)<br>) |
|     Plaintiff, | )<br>) |
| v. | ) Case No. 2013 CA 004439 P<br>) Judge Judith N. Macaluso<br>) Next Event: 08/15/13 - Answer |
| THE CATHOLIC UNIVERSITY OF AMERICA<br>620 MICHIGAN AVENUE NE<br>WASHINGTON, DC 20064 | )<br>)<br>)<br>) |
|     Defendant. | )<br>) |

## PRAECIPE – NOTICE OF FILING
### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on August 15, 2013, Defendant The Catholic University of America filed a Notice of Removal in the United States District Court for the District of Columbia, a copy of which is attached. Accordingly, this case has been removed to federal court. Pursuant to 28 U.S.C. § 1446(d), Defendant respectfully requests that this Court "proceed no further [in this case] unless and until this case is remanded."

August 15, 2013

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Yoora Pak*
Yoora Pak (Bar No. 467007)
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301

Yoora.Pak@wilsonelser.com
***Attorney for Defendant the Catholic***
***University of America***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of August, 2013, I served a true and

accurate copy of the foregoing Praecipe Notice of Filing Notice of Removal via first class U.S.

mail to the following:

Bridgette A. Acklin
722 24th Street NE
Washington, DC 20002
***Plaintiff***

*/s/ Yoora Pak*
Yoora Pak

# ATTACHMENT

# A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| BRIDGETTE A. ACKLIN<br>722 24TH STREET NE<br>WASHINGTON, DC 20002<br><br>    Plaintiff,<br><br>v.<br><br>THE CATHOLIC UNIVERSITY OF AMERICA<br>620 MICHIGAN AVENUE NE<br>WASHINGTON, DC 20064<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. <u>1:13-CV-1250</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant The Catholic University of America, by and through their attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, submit this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. In support of this removal, the Defendant states the following:

1.     On June 28, 2013, Plaintiff Bridgette A. Acklin filed a "Petition for Review of Agency Decision" in the Superior Court of the District of Columbia captioned as Bridgette A. Acklin v. The Catholic University of America, Case No. 2013 CA 004439 P ("the Petition") [hereinafter referred to as the "D.C. Superior Court Action"]. A copy of the Complaint is attached hereto as "Attachment A."

2.     In the Petition, Plaintiff does not provide a short plain statement of the facts of the case. Plaintiff only writes: "The EEOC is unable to determine/conclude violation. The petition seeks appropriate hearing and appropriate relief from the courts (see attached)." Plaintiff has not attached anything to the Petition. Nonetheless, because Plaintiff has referenced the Charge of

Discrimination that she filed with the EEOC, she appears to be asserting a claim under Title VII

of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, in the D.C. Superior Court Action

3.      Plaintiff has also filed a related matter with this Court, which is currently pending

before Judge Reggie B. Walton (Case No. 1:13-cv-01073).  She appears to be asserting the same

or similar claims in the related matter.

4.      Because the D.C. Superior Court Action asserts claims arising under a federal

statute, 42 U.S.C. §2000e, this Court has original jurisdiction over this action pursuant to 28

U.S.C. § 1331 and removal of this action to this Court is proper pursuant to 29 U.S.C. § 1441(a).

This Court also has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. §

1367.

5.      The Defendant was served in this action on July 26, 2013.

6.      Defendant has not filed a responsive pleading in this matter.

7.      Pursuant to 28 U.S.C. § 1446(a), all copies of all process, pleadings, and orders

served on the Defendant are attached to this Notice of Removal as Attachment A, and

undersigned counsel certifies that a copy of this Notice of Removal will be served promptly on

Plaintiff and filed with the Clerk of the Superior Court of the District of Columbia.

**WHEREFORE**, Defendant The Catholic University of America hereby removes the

above-captioned action from the Superior Court for the District of Columbia to the U.S. District

Court for the District of Columbia.

August 15, 2013                                    Respectfully submitted,

                                                   **WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP**


                                                   */s/ Yoora Pak*_____
                                                   Yoora Pak (Bar No. 467007)
                                                   8444 Westpark Drive, Suite 510
                                                   McLean, Virginia 22102
                                                   Telephone: (703) 245-9300
                                                   Facsimile: (703) 245-9301
                                                   Yoora.Pak@wilsonelser.com
                                                   *Attorney for Defendant the Catholic
                                                   University of America*


## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on this 15th day of August, 2013, I served a true and

accurate copy of the foregoing Notice of Removal by first class U.S. mail to the following:


                    Bridgette A. Acklin
                    722 24th Street NE
                    Washington, DC 20002
                    *Plaintiff*


                                                   */s/ Yoora Pak*___
                                                   Yoora Pak

# ATTACHMENT

# A

Kvc

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

_Bridgette A. Acklin_
**Petitioner(s)**

**FILED**
**CIVIL ACTIONS BRANCH**

JUN 28 2013

Superior Court of the
District of Columbia
Washington, D.C.

MP. NO. **13-0004439**

v.

_The Catholic University of America_
_640 Michigan Avenue NE_
_(170 Leahy Hall)_
_Washington DC 20064_ **Respondent(s)**

### PETITION FOR REVIEW OF AGENCY DECISION

**A.** Notice is hereby given that _Bridgette A. Acklin_ appeals to the Superior Court of the District of Columbia from the order of _US Equal Employment Opportunity Commission_ (agency or official's name), issued on the _29_ day of _March_, 20 _13_. A copy of that order or decision is attached to this petition.
Description of Judgment or Order: _Unable to conclude information for claim._

A concise statement of the Agency proceedings and the decision as to which review is sought and the nature of the relief requested by petitioner: _The EEOC is unable to determine/conclude violation. The petition seeks appropriate hearing and appropriate relief from the courts (see attached)_

**B.** Address of Respondent, Agency or Official: _The Catholic University of America 640 Michigan Avenue NE (170 Leahy Hall) Washington, DC 20064_

**C.** Names and addresses of all other parties to the Agency's proceeding: _Christine Pekrson, Associate VP of Human Resource The Catholic University of America 640 Michigan Avenue NE (170 Leahy Hall), Washington, DC 20064_

**D.** Names and address of parties or attorneys to be served:

| NAME | ADDRESS |
| --- | --- |
| 1. _Bridgette Acklin_ | _722 24th Street NE, Washington, DC 20002_ |
| 2. _Christine Pekrson_ | _640 Michigan Avenue, NE, Washington DC 20002 (170 Leahy Hall)_ |
| 3. | |
| 4. | |

**E.** A copy of the Agency's decision or Order sought to be reviewed is attached.

_B. Acklin_

_____   **Signature of petitioner's counsel**
**Print name of petitioner's attorney**   **or petitioner's signature**

**Address:** _722 24th Street NE Washington, DC 20002_
**Bar No.**_____   **Telephone No.** _(202) 399-1663_

EEOC Form 161 (11/09)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Bridgette A. Acklin<br>3919 9th Street, N.E.<br>Apt. 4<br>Washington, DC 20017 | From: | Washington Field Office<br>131 M Street, N.E.<br>Suite 4NW02F<br>Washington, DC 20507 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2013-00652 | Yofi D. Weinberg,<br>Enforcement Supervisor | (202) 419-0756 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_____          **MAR 2 9 2013**

Enclosures(s)                    **Mindy E. Weinstein,**                    *(Date Mailed)*
                                  **Acting Director**

cc:    **Christine Peterson**
     **Associate VP of Human Resource**
     **THE CATHOLIC UNIVERSITY OF AMERICA**
     **640 Michigan Avenue, N.E.**
     **170 Leahy Hall**
     **Washington, DC 20064**

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

| | | |
|---|---|---|
| **PRIVATE SUIT RIGHTS** | -- | **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):** |

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within 90 days</u> of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within **90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

### PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

### ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

### ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

## CIVIL COVER SHEET

JS-44 (Rev. 3/13 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Bridgette A. Acklin | The Catholic University of America |

| | |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __D.C.__<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __D.C.__<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Pro Se | ATTORNEYS (IF KNOWN)<br>Yoora Pak, Esquire<br>Wilson, Elser, Moskowitz,, Edelman & Dicker LLP<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102 |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*          **OR**          ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 27 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Conditions
☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**Other Statutes**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions
☐ 470 Racketeer Influenced & Corrupt Organization

☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 850 Securities/Commodities/Exchange
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ◉ H. *Employment Discrimination* | ○ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☒ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding    ◉ 2 ~~Removed~~ *Remand* from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi-district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Discrimination/hostile work environment claim. 42 U.S.C. §2000e, 28 U.S.C. §1331, 29 U.S.C. §1441(a), 28 U.S.C. §1367

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐ | **DEMAND $** _____ <br>**JURY DEMAND:** | Check **YES** only if demanded in complaint<br>YES ☒   NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☒   NO ☐ | If yes, please complete related case form |
|---|---|---|---|

**DATE:** 8/15/13     **SIGNATURE OF ATTORNEY OF RECORD** _(signature)_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States

III.    CITIZENSHIP OF PRINCIPAL PARTIES. This section is completed *only* if diversity of citizenship was selected as the Basis of Jurisdiction under Section II

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of the case.

VI.    CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form



FILED
RECEIVED BY MAIL

**AUG 0 5 2013**

Superior Court of the
District of Columbia
Washington, D.C.

Form CA 1-B: Final Notice and Acknowledge for Service by Mail

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

BRIDGETTE A. ACKLIN
_____
*Plaintiff(s)*

v.

Case No: 2013CA4439

THE CATHOLIC UNIVER. OF AM
_____
*Defendant(s)*

## FINAL NOTICE

To (insert name and address of the party to be served):
THE CATHOLIC UNIVERSITY
OF AMERICA
640 MICHIGAN AVENUE NE
WASHINGTON, DC 20064

    The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

    Our records indicate that on 7/1/13 (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

    You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

    If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

    If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 7/23/13 .

_____
*Signature*

7/23/13
_____
*Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828



Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오.

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) *LAWRENCE J. MORRIS* received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): *CATHOLIC UNIVERSITY WASHINGTON DC 20064*

_____  *GENERAL COUNSEL*  *26 JUL 2013*
Signature                  Relationship to Defendant/Authority   Date of Signature
                           to Receive Service

2



Form CA 1-B Final Notice and Acknowledge for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

BRIDGETTE A. ACKLIN
_____
*Plaintiff(s)*

v.

Case No: 2013CA4439 _____

THE CATHOLIC UNIVER. OF AM
_____
*Defendant(s)*

### FINAL NOTICE

To (insert name and address of the party to be served):
THE CATHOLIC UNIVERSITY
OF AMERICA
640 MICHIGAN AVENUE NE
WASHINGTON, DC 20064

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

Our records indicate that on 7/1/13 _____ (insert date), a Notice and Acknowledgment of Receipt of Summons, Complaint, and Initial Order ("Notice and Acknowledgment") was sent to you at this address. Pursuant to Rule 4(c)(4), a person who receives a Notice and Acknowledgement has 20 days to return it, thereby acknowledging and accepting service. You are being sent this Final Notice because 20 days have elapsed since the initial Notice and Acknowledgment was mailed, and the sender has not yet received a signed copy in the mail.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return this form to the sender within 5 days, you (or the other party on whose behalf you are being served) will be required to pay the costs of service by alternative method unless good cause is shown. "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property. While the cost of private service or process varies, it can often cost upwards of $250 to serve an individual. Service could be by U.S. Marshal, special process server or any other manner the court deems appropriate.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Final Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 7/23/13 _____ .

_____
*Signature*

7/23/13
_____
*Date of Signature*

1

Form CA 1-B: Final Notice and Acknowledge for Service by Mail

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____

_____

_____          _____    _____
*Signature*                                                          *Relationship to Defendant/Authority*   *Date of Signature*
                                                                          *to Receive Service*

2

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828          □□□□□ □□□□ □□□□□ (202) 879-4828 □□□□          번역을 원하시면, (202) 879-4828 로 전화주십시오

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

_Bridgette A. Acklin_
**Petitioner(s)**

v.

_The Catholic University of America_
↳ _640 Michigan Ave NE_
_(170 Leahy Hall)_
_Washington DC 20064_ **Respondent(s)**

**FILED**
**CIVIL ACTIONS BRANCH**
JUN 28 2013
Superior Court of the
District of Columbia
Washington D.C.

13 - 0004439
MP No. _____

COMPLETED

### PETITION FOR REVIEW OF AGENCY DECISION

A.   Notice is hereby given that _Bridgette A. Acklin_ appeals to the Superior Court of the District of Columbia from the order of _US Equal Employment Opportunity Commission_ (agency or official's name), issued on the _29_ day of _March_, 20_13_. A copy of that order or decision is attached to this petition.
Description of Judgment or Order: _Unable to conclude information for claim._

A concise statement of the Agency proceedings and the decision as to which review is sought and the nature of the relief requested by petitioner: _The EEOC is unable to determine/conclude violation. The petition seeks appropriate hearing and appropriate relief from the courts (see Attached)_

B.   Address of Respondent, Agency or Official: _The Catholic University of America 640 Michigan Avenue NE (170 Leahy Hall) Washington, DC 20064_

C.   Names and addresses of all other parties to the Agency's proceeding: _Christine Peterson, Associate VP of Human Resource The Catholic University of America 640 Michigan Avenue NE (170 Leahy Hall), Washington, DC 20064_

D.   Names and address of parties or attorneys to be served:

| NAME | ADDRESS |
|------|---------|
| 1. _Bridgette Acklin_ | _722 24th Street, NE, Washington, DC 20002_ |
| 2. _Christine Peterson_ | _640 Michigan Avenue, NE, Washington DC 20002_ |
| 3. _____ | ↳ _(170 Leahy Hall)_ |
| 4. _____ | |

E.   A copy of the Agency's decision or Order sought to be reviewed is attached.

_____
**Print name of petitioner's attorney**

_B. Acklin_
**Signature of petitioner's counsel or petitioner's signature**

Address: _722 24th Street NE Washington, DC 20002_
Bar No._____   Telephone No. _(202) 399-1663_


Case: 2013 CA 004439 P(MPA)
0004467b075
Dkt: CAPOER

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Bridgette A. Acklin**<br>**3919 9th Street, N.E.**<br>**Apt. 4**<br>**Washington, DC 20017** | From:  **Washington Field Office**<br>**131 M Street, N.E.**<br>**Suite 4NW02F**<br>**Washington, DC 20507** |

☐  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2013-00652 | **Yofi D. Weinberg,**<br>**Enforcement Supervisor** | **(202) 419-0756** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form )*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

**MAR 2 0 2013**

Enclosures(s)

**Mindy E. Weinstein,**
**Acting Director**

*(Date Mailed)*

cc:   **Christine Peterson**
**Associate VP of Human Resource**
**THE CATHOLIC UNIVERSITY OF AMERICA**
**640 Michigan Avenue, N.E.**
**170 Leahy Hall**
**Washington, DC 20064**

Enclosure with EEOC
Form 161 (11/09)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within 90 days</u> of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney)  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

BRIDGETTE A. ACKLIN

Vs.                                                     C.A. No.      2013 CA 004439 P(MPA)

THE CATHOLIC UNIVERSITY OF AMERICA

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to:  Judge JUDITH N MACALUSO

Date:   June 28, 2013

Initial Conference: 9:30 am, Friday, September 27, 2013

Location:   Courtroom 415
            500 Indiana Avenue N.W.
            WASHINGTON, DC 20001                                      Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

FILED
CIVIL ACTIONS BRANCH
JUN 28 2013
S... ...·...urt of the
District of Columbia
Washington, D.C.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### FAMILY COURT and CIVIL DIVISION

*Bridgette A. Acklin*
Plaintiff/Petitioner

v.

Case No. _0 0 0 4 4 3 9_

*The Catholic University of America*
Defendant/Respondent

### ORDER

COMPLETE

Having considered ☒ Plaintiff/Petitioner's   ☐ Defendant/Respondent's

Application to Proceed without Prepayment of Costs, Fees, or Security, it is

hereby ordered that the Application is:

☐   **GRANTED** in this Family Court case and, pursuant to Domestic

Relations Rule 54-II, witnesses will be subpoenaed without

prepayment of witness fees;

☒   **GRANTED** in this Civil Division case and, pursuant to Civil Rule 54-II,

the officers of the Court will issue and serve all process; witnesses will

be subpoenaed without prepayment of witness fees;

☐   **DENIED**

  ☐   For the following reasons: _____

  _____

  ☐   For the reasons stated on the record in open court and in the

  presence of the applicant or his or her counsel;

_6/28/13_
Date

_Cuta E um Kan_
Judge



6                                                         Form 106A

47370

FILED
CIVIL ACTIONS BRANCH

JUN 28 2013

Superior Court
of the District of Columbia
Washington, D.C.

Form 106A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT and CIVIL DIVISION

*Bridgette A. Acklin*
**Plaintiff/Petitioner**

13 · 0004439

v.

Case no:_____

*The Catholic University of America*
**Defendant/Respondent**

COMPLETED

## APPLICATION TO PROCEED WITHOUT PREPAYMENT
## OF COSTS, FEES, OR SECURITY (*In Forma Pauperis*)
### Form 106A

I, _*Bridgette A. Acklin*_____ am the (check one)
☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

I need an interpreter for this case. I speak the following language:
_____*N/A*_____ [Insert Language].

I respectfully ask permission to proceed in this case without pre-paying costs or fees and without giving security for them because I am not able to do so without substantial hardship to myself or to my family. In support of this request, I state the following:

Check and answer only those that apply.

### INCOME

1. I receive the following public benefits, and the law presumes that I am eligible to proceed without prepayment of costs, fees, or security (see D.C. Code § 15-712):

*N/A*
☐ Temporary Assistance for Needy Families (TANF)
☐ General Assistance for Children (GAC)
☐ Program on Work, Employment and Responsibility (POWER)
☐ Supplemental Security Income (SSI)



*N/A* 2. Even though I do not receive the above public benefits, I receive the following similar benefits and, therefore, request that my Application be approved:

- ☐ Interim Disability Assistance (IDA) because my SSI application has not been approved/certified

- ☐ Medicaid

- ☐ DC Healthcare Alliance or the following similar health benefits (describe)_____.

If you checked any of the above boxes, you do not need to answer any more questions and may skip to the section called "Declaration." Otherwise, you must answer the rest of the questions on this form. If additional information is required, you will be notified.

3. My total income over the past 12 months from all sources (including, but not limited to, my job, other wages or business income, rental income, pensions, annuities or life insurance payments, worker's compensation, unemployment compensation or insurance, annual interest or dividends, gifts, alimony or spousal support, inheritance or trust income) is $ _3,500_ *

4. I am presently unemployed. The last date I worked was on
_____May_____, _2013_ .
    Month       Year

## * DEPENDENTS

5. How many people live in your household and depend on you for support: ___2___. Of these people, how many are minor children or elderly? ___2___.

* ~~[struck out]~~
My two minor sons receive monthly child support, which has fluctuated over the past 12 months. Current child support is $1,500 per month combined.

2                  Form 106A

## ASSETS

6. I state the following about my property:

I have $ _____∅_____ in cash, including money in savings or checking accounts.

I own the vehicles, personal home, other real estate, stock, bonds, or other valuable property, besides household furnishings and clothing, listed below:

_one CAR (dodge RAmbler)_____

_____

_____.

List the Property

## EXPENSES

7. This is my best estimate of the monthly expenses for myself and the people in my household who depend on me for support:

Housing (rent, mortgage, taxes, & insurance): $ _∅_____
Public Transportation and Gasoline: $ _80 – 100_
Automobile Loan, Insurance, Maintenance: $ _475. ⁰⁰_
Health (medical, dental, vision, prescriptions, insurance): $ _∅_____
Food and other Household Necessities: $ _200 – 300_
Utilities (including gas, electric, water, phone, internet): $ _400. ⁰⁰_
Clothing: $ _∅_____
Child Support: $ _____
Childcare (including diapers, daycare): $ _50 (school expenses)_
Other (explain in detail): $ _____

**Total Estimated Monthly Expenses: $ _1,325. ⁰⁰_**

## OTHER SPECIAL CIRCUMSTANCES

☑ **8. (Optional) Explain any other special circumstances that you want to have considered in support of your request, including any large monthly expenses, debts, wage or bank account garnishments, and/or judgments.**

I have debts from recent moving expenses. We are catching up on past due bills for utilities. We are in a deficit (my sons and I).

4                                                    Form 106A

## DECLARATION

**REQUIRED**:   I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.[1]

*D. Acklin*
Signature

*722 24th Street NE, Washington, DC 20002*
Address

*(202) 399-1663*
Phone Number

*June 28, 2013*
Date


## POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY

1.    D.C. Code § 15-712.
2.    D.C. Code § 22-2405.
3.    Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4.    *Adkins v. E.I. Du Pont de Nemours & Co., Inc.*, 335 U.S. 331 (1948).
5.    *Harris v. Harris*, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), *cert. denied,* 400 U.S. 826 (1970) (*"in forma pauperis* relief not limited to those who are public charges or absolutely destitute").
6.    *Green v. Green*, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7.    *Herbin v. Hoeffel*, 727 A.2d 883, 887 (D.C. 1999) (court officers serve process in *in forma pauperis* cases).
8.    *Cabillo v. Cabillo*, 317 A.2d 866, 866 (D.C. 1974) (per curiam) (reversing denial of *in forma pauperis* status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

---

[1] When you come to court, you may be asked questions about this Application.  If your responses are not truthful, you could face additional criminal penalties.

Form 106A